John Cochran
Pacific Property Law, LLC
1033 SW Yamhill St., Ste. 201
Portland, OR 97205
Phone: 360-601-8157
E-mail: johnpplllc@gmail.com
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| RONALD FLEMINGS, an Individual, | Case No. |
| Plaintiff, | COMPLAINT **(Employment Discrimination)** |
| v. | Filing Fee: $400 |
| SKANSKA USA, INC., MICROSOFT CORPORATION, AND HOWARD S. WRIGHT CONSTRUCTION COMPANY | NOT SUBJECT TO MANDATORY ARBITRATION |
| | JURY TRIAL REQUESTED |
| Defendants. | |

COMES NOW, Ronald Flemings, through undersigned counsel, to file this Complaint for Damages against the above-named Defendants. In support of his claims, Mr. Flemings alleges as follows:

**INTRODUCTION**

This case centers on the pernicious and vicious racial harassment and discrimination suffered by Ronald Flemings at the hands of the Defendant corporations and their agents, in August of 2021.  Mr. Flemings has worked hard all his life and believed that the companies he worked for valued his work. Mr. Fleming's belief has been destroyed by the heinous and

Page 1 – COMPLAINT FOR DAMAGES

unlawful acts of the Defendants and their agents.  He was subject to threats, racial slurs, demotion, degradation, denigration based on race and threatened violence and when he complained, he was terminated. This lawsuit is intended to make Mr. Flemings whole and reaffirm that our country unequivocally rejects racism in every form.

## JURISDICTION, VENUE, AND PARTIES

1.

Venue for this action is proper in the Western Washington District for the United States District Court, Seattle Division, where the cause of action arose, and where Defendants conducted regular, sustained business activity. Plaintiff is also a resident of Washington State.

2.

At all material times, Plaintiff Ronald Flemings was a resident of Washington State.

3.

At all material times, the collective Defendants were licensed to do business in Washington State.

4.

At all material times, Plaintiff was supervised by and subject to the Defendants' employees or agents and Plaintiff relied on the actual or apparent authority of the Defendants' employees, supervisors, and members of the management teams for each corporation.

5.

Plaintiff seeks a jury trial for all claims that can be tried to a jury under Washington State or Federal law. Plaintiff has properly exhausted her administrative remedies through the Seattle branch of the U.S. Equal Employment Opportunities Commission and has filed this Complaint in a timely manner, having received the "Right to Sue" letter from the EEOC on June 30, 2022.

6.

## STATEMENT OF FACTS

Mr. Flemings is an African American man who is an industrious worker who believes in

Page 2 – COMPLAINT FOR DAMAGES

fairness and the value of honest, diligent work.

7.

On or about June, 2021, Skanska hired Plaintiff to work at the Microsoft Redmond campus modernization project.  This is a multi-year, multi-billion-dollar project involving dozens of construction companies and miles of job site. Upon information and belief, Microsoft, as the owner of the campus, was intricately and intimately involved in its progress and in the culture of the work site.

8.

Plaintiff was hired to perform the duties of laborer, such as clean up, drilling, de icing and cement finishers and general construction duties. The duties and responsibilities of a laborer are all geared toward maintaining a clean, safe, and efficient construction site while also supporting the overall project.

9.

Plaintiff noticed immediately that he was treated differently from the other employees, who were white. Plaintiff was subjected to numerous instances of racial discrimination.

10.

Robert Plume witnessed how Mr. Flemings suffer from discrimination repeatedly by his supervisors.  White employees all had keys but they would not give key to Mr. Flemings and tell racist jokes.  Mr. Flemings complained about the issue with supervisors and no action was ever taken.  The white employees got all overtime and got the promotions.  No African Americans including Mr. Flemings ever received the promotions or the preferential jobs.

.

11.

On other occasions, Plaintiff was subjected to horrific and degrading racial slurs by

Page 3 – COMPLAINT FOR DAMAGES

**Pacific Property Law, LLC**
1033 SW Yamhill St., Ste. 201
Portland, Oregon 97205
Office: 360-601-8157; Email: johnpplllc@gmail.com

employees, including being called "boy" and "negro" on several occasions by several employees. Mr. Flemings made complaints and wrote to human resources and no one ever did anything about this. Plaintiff was terrified and sickened by the overt racism. Plaintiff kept reporting these incidents to supervisors, all of whom were white, to no avail.

12.

Plaintiff also noticed that other white employees received numerous breaks, promotions and time off. White employees could leave early and he could not leave early and did not receive the same treatment.

12.

Mr. Flemings could not receive the same promotion and opportunity as other white employees. Mr. Flemings had to work the worst jobs at the campus. Mr. Flemings reported the racist activity and conduct to managers and supervisors and nothing ever happened to the other racist employees or the racist supervisors. He continues to suffer from trauma from this event.

13.

Upon information and belief, this was not the only time an African American suffered discrimination like this at this Microsoft campus from Skanska management.

14.

Plaintiff reported the racist incident, as he had all instances of racial actions that were taken against him, but nothing was done by his supervisors or by management. No matter what he suffered, management condoned the racist behavior of Plaintiff's co-workers and supervisors and did nothing to stop it.

15.

If Plaintiff had a white skin color or was Caucasian, Plaintiff would have not been subjected to discriminatory slurs or actions.

16.

After encountering all this racist activity and conduct, Mr. Flemings made requests for

**Pacific Property Law, LLC**
1033 SW Yamhill St., Ste. 201
Portland, Oregon 97205
Office: 360-601-8157; Email: johnpplllc@gmail.com

change and for action to be taken but nothing occurred and he even was at times fearful for his life, and instead of the bad actors being punished, the company let him go. After experiencing this egregious and racist behavior without any intervention by management, Plaintiff knew that the Defendants were uninterested in keeping him safe and in a discrimination-free workplace.

17.

Both Defendants Skanska and Microsoft have demonstrated a pattern of allowing racial discrimination by its employees. Other racial minorities have suffered similar discriminatory treatment, were denied equal treatment at work, and had to work in a racist and hostile environment.

18.

As a direct and proximate result of Defendants' and their agents' discriminatory actions and hostile work environment and after complaint, Plaintiff suffered retaliatory termination and suffered extreme emotional distress and trauma, and has had trouble finding equivalent work.

19.

**FIRST CLAIM FOR RELIEF**

**(Unlawful Employment Discrimination Because of Race and Color – RCW Section 49.60.180 – Unfair practices of employers)**

20.

Plaintiff realleges all paragraphs above and below as if fully set forth herein.

21.

Plaintiff endured unlawful discrimination by Defendants and their agents as outlined *supra* in the preceding paragraphs. Because of the unlawful discrimination by Defendants, Mr. Flemings reported the racist activity and instead of punishing the bad actor, the company retaliated against Mr. Flemings and terminated his position and the overwhelming motivation for these acts against Mr. Flemings was his race and color. Plaintiff seeks a jury trial for this claim.

22.

Page 5 – COMPLAINT FOR DAMAGES

**Pacific Property Law, LLC**
1033 SW Yamhill St., Ste. 201
Portland, Oregon 97205
Office: 360-601-8157; Email: johnpplllc@gmail.com

As a consequence of Defendants' violation of RCW49.60.180, Plaintiff has suffered significant economic and non-economic damages, including emotional distress, in an amount to be determined at trial. Mr. Flemings also seeks his costs and attorney's fees, as well as punitive/exemplary damages as allowed by law.

Plaintiff is entitled to pre-judgment interest on his economic damages at the statutory rate of 9% from August 2021, through entry of judgment interest on her economic damages.

23.

## SECOND CLAIM FOR RELIEF

## (Unlawful Employment Discrimination in Violation of Title VII of the Civil Rights Act - 42 U.S.C. §2000e et seq)

Plaintiff realleges all paragraphs above and below as if fully set forth herein.

24.

Defendants breached Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C §2000e-2(a)(1), by discriminating against Mr. Flemings as described *supra* with respect to his workplace safety, his right to be treated equally by his co-workers and management, and other terms of his employment, because of Mr. Flemings's race and color. The Defendants' and their agents unlawful conduct was motivated wholly or in part by racial animus.

25.

As a result of Defendants' and their agents' unlawful conduct, Mr. Flemings is entitled to damages for economic loss and non-economic damages in amounts to be determined at trial. Mr. Flemings also seeks punitive/exemplary damages in an amount to deter the wanton and reckless conduct of the Defendants', in an amount to be determined at trial, but not less than sufficient to deter these corporations. Mr. Flemings also seeks costs and attorney's fees under 42 U.S.C § 1988(b).

26.

## THIRD CLAIM FOR RELIEF

**Pacific Property Law, LLC**
1033 SW Yamhill St., Ste. 201
Portland, Oregon 97205
Office: 360-601-8157; Email: johnpplllc@gmail.com

**(Negligent Supervision)**

Plaintiff realleges all paragraphs above and below as if fully set forth herein.

27.

Each of the Defendants were negligent in their supervision of their agents allowing their agents to engage in overt and pervasive racial harassment and discrimination against Mr. Flemings.

28.

As a direct and proximate cause of the Defendants' negligence, Mr. Flemings suffered economic and non-economic damages in an amount to be determined at trial.

29.

FOURTH CLAIM FOR RELIEF

(Retaliation)

30.

Plaintiff realleges all paragraphs above and below as if fully set forth herein.

31.

The Plaintiff reported hostile and racist behavior from Plaintiff's co employees and supervisors.

32.

After reporting many hostile and racist behaviors of fellow employees and supervisor, Plaintiff was terminated from his job.

33.

The timing and the circumstances surrounding the termination of the Plaintiff is directly associated with Plaintiff reporting racist and hostile treatment at Defendants' hands and control and supervision and employment and enslavement.

**Pacific Property Law, LLC**
1033 SW Yamhill St., Ste. 201
Portland, Oregon 97205
Office: 360-601-8157; Email: johnpplllc@gmail.com

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Ronald Flemings demands judgment against each Defendant for each claim and seeks the following relief:

1. A judgment in favor of Plaintiff and against Defendants in the amount to be determined at trial for Plaintiff's first claim for relief.

2. A judgment in favor of Plaintiff and against Defendants in an amount to be determined at trial for Plaintiff's second claim for relief.

3. A judgment in favor of Plaintiff and against Defendants in an amount to be determined at trial for Plaintiff's third claim for relief.

4. Plaintiff seeks a trial by Jury on all claims to which Plaintiff is entitled to a jury trial.

5. Plaintiff's reasonable attorney fees, costs, disbursements, and prevailing party fees.

6. Such other relief as the Court deems just and equitable.

DATED this 30th of September, 2022.

Respectfully submitted:

/s/John Cochran_____
John Cochran, WSBA 38909
johnpplllc@gmail.com
Pacific Property Law LLC
1033 SW Yamhill St., Ste. 201
Portland, Oregon 97205
360-601-8157

**Pacific Property Law, LLC**
1033 SW Yamhill St., Ste. 201
Portland, Oregon 97205
Office: 360-601-8157; Email: johnpplllc@gmail.com