1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD FLEMINGS,

                    Plaintiff,

        v.

SKANSA USA INC., MICROSOFT
CORPORATION, HOWARD S. WRIGHT
CONSTRUCTION COMPANY,

                    Defendants.

CASE NO. 2:22-cv-01398-BAT-JHC

ORDER DISMISSING CASE

On September 30, 2022, Plaintiff filed a complaint against the named Defendants.  Dkt. # 1.   Under Federal Rule of Civil Procedure 4, the Court may dismiss a complaint if Defendants are not served within 90 days after the complaint was filed.  Plaintiff did not file proof of service within 90 days.  *See generally* Dkt.  On February 1, 2023, the Court ordered Plaintiff to show cause by February 15, 2023, as to why this case should not be dismissed, or provide proof of service upon Defendants by that date.  Dkt. # 3.  Plaintiff did not respond to the Court's order. *See generally* Dkt.  The Court therefore DISMISSES this case without prejudice.

        //

        //

        //

ORDER DISMISSING CASE - 1

1    Dated this 17th day of February, 2023.

3

4                     John H. Chun
                       United States District Judge

ORDER DISMISSING CASE - 2